1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11
   ALBERT RICE,                    )    No. C05-4998 JSW
12                                 )
              Plaintiff,           )    JOINT MOTION AND STIPULATION TO
13                                 )    STAY PROCEEDING OR, IN THE
   vs.                             )    ALTERNATIVE, TO CONTINUE CASE
14                                 )    MANAGEMENT DEADLINE AND
   GENERAL ELECTRIC COMPANY,  and  )    CONFERENCE, AND TO EXTEND TIME;
15 DOES 1-300,                     )    [PROPOSED] ORDER TO STAY;
                                   )    [PROPOSED ALTERNATIVE] ORDER
16            Defendants.          )    TO CONTINUE
                                   )
17

18         Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

19 respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial*

20 *Case Management Conference* filed December 5, 2005 (Document 2), for the following good

21 cause:

22         On January 10, 2006, Defendant GENERAL ELECTRIC COMPANY filed Document

23 5, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the

24 Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter

25 to that District.

26 //

27 //

28 //

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an

2  order transferring all asbestos personal injury cases pending in the federal courts to the United

3  States District Court for the Eastern District of Pennsylvania, for coordinated pretrial

4  proceedings pursuant to 28 U.S.C. § 14097. That order also applies to "tag-along actions," or

5  actions involving common questions of fact filed after January 17, 1991. Such actions are to be

6  transferred to the eastern District of Pennsylvania as part of MDL 875,  for coordinated pretrial

7  proceedings.

8  The JPML has held that a district court has the authority to stay pending a transfer order.

9  *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)

10  ("[T]hose courts concluding that such issues should be addressed by the transferee judge need

11  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any

12  unnecessary interruption or delay.")

13  The parties agree that it is likely that the JPML  will transfer this matter to the Eastern

14  District of Pennsylvania.

15  However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*

16  pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be

17  transferred, pursuant to JPML Rule 13(b).

18  It is likely the dates set forth in the  *Order Setting Initial Case Management Conference*

19  filed December 5, 2005 (Document 2), including the deadlines imposed by Federal Rules of

20  Civil Procedure 26, will come to pass before the Clerk of the JPML acts.

21  In addition, it has come to the attention of counsel that the Judge assigned to hear the

22  cases pending in MDL 875, the Honorable Charles R. Weiner of the Eastern District of

23  Pennsylvania, has recently passed away and that the Clerk of that Court has reported a backlog

24  in cases transferred to that Court by the MDL panel.

25  The parties make this Motion on the grounds that a stay of this action would (a) promote

26  judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the

27  parties.

28  //

K:\Injured\104640\Federal\Stip Stay or Cont (Rice).wpd                    2

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, ; [PROPOSED] ORDER TO STAY; [PROPOSED] ORDER TO CONTINUE – C05-4998 JSW

1    Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
2  and respectfully request the Court VACATE its *Order Setting Initial Case Management*
3  *Conference* filed December 5, 2005 (Document 2), and that the Court issue an Order STAYING
4  this action pending the outcome of the MDL Panel's decision on the merits of the transfer.
5    In the alternative, the parties hereby STIPULATE to and respectfully request that the
6  dates set forth in the *Order Setting Initial Case Management Conference* filed December 5,
7  2005 (Document 2), be vacated and continued pending the outcome of the JPML's decision on
8  the merits of the transfer. Specifically, these deadlines include the **February 17, 2006** deadline
9  to meet and confer, and file Joint ADR Certification, the **March 3, 2006** Deadline to complete
10  Initial Disclosures, the **March 3, 2006** deadline to file the Joint Case Management Statement
11  and the Case Management Conference currently set for **March 10, 2006**.

12  Dated: January 19, 2006                    BRAYTON❖PURCELL LLP

13                                             /s/ *David R. Donadio*

14
                                        By: _____
15                                          David R. Donadio
16                                          Attorneys for Plaintiffs

17  Dated: January 21, 2006                    SEDGWICK, DETERT, MORAN &
                                              ARNOLD, LLP
18
                                             /s/ *Damon McClain*
19
                                        By: _____
20                                          Damon McClain
                                            Attorneys for Defendant
21                                          GENERAL ELECTRIC COMPANY

22  //
23  //
24  //
25  //
26  //
27  //
28  //

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, ; [PROPOSED] ORDER TO STAY; [PROPOSED] ORDER TO CONTINUE – C05-4998 JSW

1  [PROPOSED]  **ORDER TO STAY**

2  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order*

3  *Setting Initial Case Management Conference* filed December 5, 2005 (Document 2),  are hereby

4  VACATED and that this action is STAYED pending the outcome of the JPML's decision on the

5  merits of the transfer.

6  Dated: ___January 26, 2006___

7  _____
Jeffrey S. White
United States District Court Judge

8

9  [PROPOSED ALTERNATIVE]  ~~ORDER TO CONTINUE~~

~~IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order*~~

10 ~~*Setting Initial Case Management Conference* filed December 5, 2005 (Document 2),  are hereby~~

11 ~~VACATED~~.

12 ~~IT IS FURTHER ORDERED that the following case management deadlines are~~

13 ~~continued as follows:~~

14 ~~1.     Last day to meet and confer re initial disclosures, early settlement, ADR process~~

15 ~~selection, and discovery plan is [set for a date on or after July 1, 2006 to wit]: _____,~~

16 ~~2006;~~

17 ~~2.     Last day to file Joint ADR Certification with Stipulation to ADR process or~~

18 ~~Notice of Need for ADR Phone Conference is [set for a date on or after July 1, 2006 to wit]:~~

19 ~~_____, 2006;~~

20 ~~3.     Last day to complete initial disclosures or state objection to Rule 26(f) Report,~~

21 ~~file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date on or~~

22 ~~after July 1, 2006 to wit]: _____, 2006; and~~

23 ~~4.     The Case Management Conference is set for [a date on or after July 1, 2006 to~~

24 ~~wit]: _____ 2006 at 1:30 p.m., Courtroom 2 , 17th  Floor, 450 Golden Gate Avenue,~~

25 ~~San Francisco, California.~~

26 ~~Dated: _____~~

27 ~~Jeffrey S. White~~
~~United States District Court Judge~~

28

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, ; [~~PROPOSED~~] ORDER TO STAY; [~~PROPOSED] ORDER TO CONTINUE~~ – C05-4998 JSW